

# United States District Court
**SOUTHERN DISTRICT OF CALIFORNIA**

Kris King

                              **Plaintiff,**

           V.

Clear and Strategic LLC

                              **Defendant.**



**Civil No.**  25cv00508-MMA-DEB

### STRICKEN DOCUMENT:
Letter

**Per Order #    4**

3