

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Kris King

                                **Plaintiff,**

               V.

Clear and Strategic LLC

                             **Defendant.**

**FILED** 2025-06-30
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: A. Santiago, Deputy

**Civil No.** 25-cv-00508-MMA-DEB

### STRICKEN DOCUMENT:
Answer

**Per Order #     7**

5