# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS KING,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CLEAR AND STRATEGIC LLC,<br><br>　　　　　　　　　　Defendant. | Case No. 25-cv-00508-MMA-DEB<br><br>**ORDER REQUIRING COMPLIANCE WITH CIVIL LOCAL RULE 83.3(j)**<br><br>[Doc. No. 5] |

　　　　On March 5, 2025, Plaintiff Kris King filed his Complaint. Doc. No. 1. On June 30, 2025, Jermaine McNeil appeared to file an Answer to the Complaint on behalf of Defendant Clear and Strategic LLC ("Clear and Strategic"). Doc. No. 5.

　　　　Under Civil Local Rule 83.3(j), only individuals may appear in court without counsel. Business entities, including limited liability companies, must be represented by an attorney admitted to practice pursuant to Civil Local Rule 83.3. *See id.* ("Only natural persons representing their individual interests in propria persona may appear in court without representation by an attorney permitted to practice pursuant to Civil Local Rule 83.3. All other parties, including corporations, partnerships and other legal entities, may appear in court only through an attorney permitted to practice pursuant to Civil Local Rule 83.3."); *see also C.E. Pope Equity Tr. V. U.S.*, 818 F.2d 696, 697 (9th Cir. 1987) ("Although a non-attorney may appear in propria persona in his own behalf, that privilege

is personal to him. He has no authority to appear as an attorney for others than himself.") (internal citations omitted).

Pursuant to the Civil Local Rules, Mr. McNeil cannot represent the legal interests of Clear and Strategic in this action, as Clear and Strategic is a limited liability company and there is no indication that Mr. McNeil is a licensed attorney.[1]  *See* Civ.L.R. 83.3(j); *see also C.E. Pope Equity Tr. V. U.S.*, 818 F.2d at 697.  Thus, the Answer filed by Mr. McNeil on behalf of Clear and Strategic LLC on June 30, 2025 does not comply with the rules; the Clerk is therefore **DIRECTED** to strike it from the docket as noncompliant. *See* Civ.L.R. 83.3(j).

Accordingly, pursuant to Civil Local Rule 83.3(j), Clear and Strategic may appear in court only through an attorney.  Clear and Strategic is advised that failure to retain counsel risks default judgment.  *See Arco Env't Remediation, L.L.C. v. RDM Multi-Enters.*, Inc., 166 F. App'x 929, 930 (9th Cir. 2006) (citing *U.S. v. High Country Broadcasting Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993)); *Crandall v. Semillon Inc.*, No. 15CV1257-GPC(NLS), 2016 WL 4479397, at *2 (S.D. Cal. Aug. 25, 2016) ("When a corporation fails to retain counsel to represent it in an action, its answer may be stricken and a default judgment entered against it."); Fed. R. Civ. P. 55(a).

**IT IS SO ORDERED**.

Dated:  July 3, 2025

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] A letter was sent to the court, which was stricken from the docket, which represented that Mr. McNeil was the owner of Defendant Clear and Strategic LLC.  Doc. Nos. 3, 4.